UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Helena Cathey**
4906 Cedar Court SE
Conyers, GA 30094

Case No.: **14–57722–mgd**
Chapter:  **7**
Judge:  **Mary Grace Diehl**

xxx–xx–6732

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

*/s/ Mary Grace Diehl*
_____
Mary Grace Diehl
United States Bankruptcy Judge

Dated:  August 1, 2014

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                              Case No. 14-57722-mgd
Helena Cathey                                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9         User: rodriguez              Page 1 of 1          Date Rcvd: Aug 01, 2014
                             Form ID: 182                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
db          +Helena Cathey,    4906 Cedar Court SE,    Conyers, GA 30094-4551
cr          +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
18078661    +BAC Home Loan,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
18112258    +Cato,    PO Box 34216,    Charlotte, NC 28234-4216
18112257    +Cedar Hill National Bank,    PO Box 34216,    Charlotte, NC 28234-4216
18078657    +Dekalb Medical,    5900 Hillandale Dr #110,    Lithonia, GA 30058-3857
18078671    +Enhanced Recovery,    PO Box 57547,    Jacksonville, FL 32241-7547
18078667    +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
18078666    +Nissan Motor Acceptance,    PO Box 660366,    Dallas, TX 75266-0366
18078664    +WEB Bank,    6250 Ridgewood ROA,    St. Cloud, MN 56303-0820
18112362    +WebBank,    6250 Ridgewood Rio,    Saint Cloud, MN 56303-0820
18078663     West Asset,    2703 N Hwy,    Sherman, TX 75090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: FTMOGIER.COM Aug 01 2014 20:48:00      Tamara Miles Ogier,    Ogier, Rothschild & Rosenfeld PC,
              170 Mitchell St. S.W.,    Atlanta, GA 30303-3441
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 01 2014 21:32:08
              Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
18078662    +EDI: ACBK.COM Aug 01 2014 20:48:00      American Credit Acceptance,    961 E Main St 2nd Flr,
              Spartanburg, SC 29302-2185
18112360     EDI: BANKAMER.COM Aug 01 2014 20:48:00      Bank of America,    4161 Piedmont Pkwy,
              Greensboro, NC 27410
18078658    +EDI: CAPITALONE.COM Aug 01 2014 20:48:00      Capital One,    PO Box 30253,
              Salt Lake City, UT 84130-0253
18078659    +EDI: WFNNB.COM Aug 01 2014 20:48:00      Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
18112363    +EDI: RMSC.COM Aug 01 2014 20:48:00      GECRB,    PO Box 965005,    Orlando, FL 32896-5005
18078670    +EDI: RMSC.COM Aug 01 2014 20:48:00      GECRB,    PO Box 965036,    Orlando, FL 32896-5036
18112361    +EDI: PHINAMERI.COM Aug 01 2014 20:48:00      GM Financial,    PO Box 181145,
              Arlington, TX 76096-1145
18112369    +E-mail/Text: BANKRUPTCYNOTIFICATIONS@GEORGIASOWN.ORG Aug 01 2014 21:32:42
              Georgia Own Credit Union,    1155 Peachtree St NE,    Atlanta, GA 30309-7629
18078668    +EDI: IIC9.COM Aug 01 2014 20:48:00      IC System,    PO Box 64378,    St. Paul, MN 55164-0378
18078665     EDI: PRA.COM Aug 01 2014 20:48:00      Portfolio Recovery,    120 Corporate Blvd,
              Norfolk, VA 23502
18078656    +EDI: HCA2.COM Aug 01 2014 20:48:00      Rockdale Medical Center,    1412 Milstead Ave,
              Conyers, GA 30012-3899
18112259    +EDI: WESTASSET.COM Aug 01 2014 20:48:00      West Asset Mgmt,    2703 N Hwy 75,
              Sherman, TX 75090-2567
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2014 at the address(es) listed below:
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Tamara Miles Ogier    tmo@orrem.com,
               GA26@ECFCBIS.COM;rs@orrem.com;apr@eorrlaw.com;tmo@trustesolutions.net
                                                                                             TOTAL: 2
```